
EXHIBIT A

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Darrius Smith
24LA0202
St. Clair County
2/7/2024 9:09 AM
26301982

IN THE CIRCUIT COURT OF ST. CLAIR COUNTY
STATE OF ILLINOIS

DAVID JOHN SCOTT.,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    <u>Serve</u>: C T Corporation System
    208 S. LaSalle St., Ste. 814
    Chicago, IL 60604

    Defendant.

Cause No. 24LA0202

## COMPLAINT

**(Federal Employers' Liability Act)**

COMES NOW Plaintiff, David John Scott, by and through his attorneys, Groves Powers, LLC, and for his cause of action against Defendant Union Pacific Railroad Company ("Union Pacific"), states as follows:

1. Plaintiff David John Scott (hereinafter "David Scott" "Scott" or Plaintiff) is a citizen and resident the State of Illinois.

2. Defendant Union Pacific Railroad Company is now and was at all times hereinafter mentioned a railroad corporation duly organized and existing according to law to engage in, and was engaged in, business as a common carrier in interstate commerce between the several states of the United States.

3. Union Pacific has a rail yard at 208 N. Main Street in Dupo, Illinois and operates through St. Clair County, Illinois.

4. This case is brought pursuant to the Federal Employers' Liability Act, 45 U.S.C. §§ 51-60.

5. At all times relevant hereto, the acts of omission and commission which caused the injuries to the Plaintiff as set forth below were done by the Defendant, its officers, agents, servants and/or employees acting in the course and scope of their employment or agency.

6. At all relevant times herein, Scott was employed by Union Pacific Railroad Company as a Machinist.

7. On or about April 18, 2023, Scott was changing oil filters on a locomotive at or near the Dupo rail yard. This will cause oil to get on the locomotive surfaces including walkways.

8. Defendant placed a platform adjacent to the locomotive servicing area for use by plaintiff and others to get on the locomotive, and placed a metal plate between the locomotive and the platform to be used as a gangway.

9. The metal plate was too short to cover the entirety of top of the stairwell on the locomotive, and thereby left a gap and hole in the walking surface.

10. The metal plate was insufficiently supported on only one corner at the locomotive, and thereby created an unsteady and unsafe walking surface.

11. Plaintiff stepped on the unsteady and insufficiently supported metal plate, which caused his foot to slip off and into the gap and hole above the stairwell, and plaintiff was injured.

12. The injuries and damages sustained by Plaintiff, as set forth herein, were caused, in whole or in part, by the negligence of the Defendant Union Pacific Railroad Company or its

2

officers, employees, or agents as set forth herein and also in one or more of the following particulars:

    a) Defendant failed to provide reasonably safe conditions for work;

    b) Defendant failed to provide reasonably safe methods of work;

    c) Defendant failed to furnish Plaintiff with a reasonably safe place in which to work;

    d) Defendant failed to furnish Plaintiff with reasonably safe equipment or appliances with which to perform his assigned duties;

    e) Defendant failed to provide Plaintiff with suitable and reasonably safe tools, machines, or equipment for work;

    f) Defendant failed to provide adequate training to its employees;

    g) Defendant failed to provide a reasonably safe walking surface for Plaintiff to safely perform his job duties;

    h) Defendant failed to provide a plaintiff with a reasonably safe way to enter and exit the locomotive;

    i) Defendant provided an entry platform which was not reasonable safe for use to enter and exit the locomotive;

    j) Defendant failed to properly inspect, maintain, or repair the walking area of the locomotive and entry platform.

    k) Defendant installed a cover plate over the stairwell that was not long enough;

    l) Defendant installed a cover plate over the stairwell that left a gap and hole in the walking surface;

    m) Defendant installed a cover plate over the stairwell that was insufficiently supported;

    n) Defendant installed a cover plate over the stairwell that was unsteady and unsafe for walking;

    o) Defendant failed to provide reasonably safe footing;

    p) Defendant allowed the footing on the locomotive to become dangerous, slippery and/or otherwise defective;

3

    q) Defendant failed to properly inspect, test, clean-up or repair the footing;

    r) Defendant failed to maintain anti-slip coatings on walkways.

13. As a result, in whole or in part, of the aforementioned conduct of the Defendant Union Pacific, Plaintiff was caused to suffer the following serious, painful, and permanent injuries, to-wit: Plaintiff sustained injuries and/or aggravation to his leg, ankle, hip, buttock, and lower back, and the adjacent bones, vessels, nerves and soft tissues; Plaintiff suffered and will continue to suffer pain and mental anguish; Plaintiff was caused to undergo medical treatment, tests, therapy, surgery, and will require future medical treatment; Plaintiff has lost wages, fringe benefits; Plaintiff has expended or obligated himself for necessary and reasonable medical expenses, and hospital care and will in the future be caused to expend further such sums for medical treatment and potentially surgery. Plaintiff has suffered pain and suffering and will in the future have pain and suffering as a result of Defendant's negligence. Plaintiff's ability to work, labor, and enjoy the normal pursuits of life has been impaired and lessened all to Plaintiff's damage. To the extent plaintiff had preexisting conditions the events described herein aggravated said conditions.

WHEREFORE, Plaintiff, David Scott, prays for Judgment against the Defendant Union Pacific Railroad Company, for a sum fair and reasonable under the circumstances, in excess of Fifty Thousand Dollars ($50,000.00), which is the jurisdictional minimum of the Court, together with his costs herein expended.

Groves | Powers, LLC
*/s/ Steven L. Groves*
Steven L. Groves, #6211737
One U.S. Bank Plaza
505 North 7th Street, Suite 2010
St. Louis, Missouri 63101
t: 314.696.2300
f: 314.696.2304
sgroves@grovespowers.com

***Attorneys for the Plaintiff***

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Darrius Smith
24LA0202
St. Clair County
2/7/2024 9:09 AM
26301982

IN THE CIRCUIT COURT OF ST. CLAIR COUNTY
STATE OF ILLINOIS

DAVID JOHN SCOTT.,

    Plaintiff,

v.

    Cause No. 24LA0202

UNION PACIFIC RAILROAD COMPANY,

    <u>Serve</u>: C T Corporation System
    208 S. LaSalle St., Ste. 814
    Chicago, IL 60604

    Defendant.

## **AFFIDAVIT**

COMES NOW, Affiant, and pursuant to Illinois Supreme Court Rule 222(b), states, under the penalties of perjury as provided by Section 1-109 of the Code of Civil Procedure, that the money damages sought by Plaintiff in the above-entitled cause of action do exceed $50,000.00.

Further, affiant sayeth not.

Dated this 7th day of February, 2024.

_____

Subscribed and sworn to before me this 7th day of February, 2024.

_____
NOTARY PUBLIC

My commission expires _____.

KATHY COTTER
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES OCTOBER 25, 2024
ST. LOUIS CITY
COMMISSION #12354205

6